

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Larry Bradshaw,

\* From the 358th District Court
of Ector County,
Trial Court No. D-18-07-0767-CV

Vs. No. 11-22-00302-CV

\* March 9, 2023

Cummins Southern Plains, LLC,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Larry Bradshaw.